IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CLAYTON W. PEARCE,<br><br>        Plaintiff,<br><br>vs.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.,<br><br>        Defendant. | ) <br> ) <br> ) Case No. CV06-325-E-EJL <br> ) <br> ) JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) |

      Based upon this Court's Memorandum Order, dated May 3, 2007, and the Court being fully advised in the premises;

      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendant and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **May 3, 2007**

_____
Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - Page 1
07ORDERS\Pearce_JDM.WPD